Argued and submitted January 31, appellant's motion denied as moot; affirmed
May 15, petition for review denied October 29, 1996 (324 Or 323)

STATE OF OREGON,
*Respondent,*

*v.*

DEREK MANDEL WALKER,
*Appellant.*

(C94-02-3111; CA A86263)

916 P2d 887

Mary M. Reese, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Appellant's motion to strike respondent's cross-assignment of error denied as moot; affirmed. *State v. Walker*, 140 Or App 472, 915 P2d 1039 (1996).